JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANNING HEIGHTS MUTUAL WATER COMPANY, | Case No. EDCV 08-1382-VAP (VBKx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| THE UNITED STATES, R. DAVID PAULISON, IN HIS CAPACITY AS ADMINISTRATOR OF THE FEDERAL EMERGENCY MANAGEMENT AGENCY, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.


Dated: <u>October 23, 2009</u>
_____
VIRGINIA A. PHILLIPS
United States District Judge